*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  June 23, 2016                    522124
_____

In the Matter of JOHNATHAN
    JOHNSON,
                        Appellant,

        v
                                            MEMORANDUM AND ORDER
ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                        Respondent.
_____

Calendar Date:  May 3, 2016

Before:  Lahtinen, J.P., McCarthy, Lynch, Devine and Clark, JJ.

_____

        Johnathan Johnson, Malone, appellant pro se.

        Eric T. Schneiderman, Attorney General, Albany (Martin A.
Hotvet of counsel), for respondent.

_____

        Appeal from a judgment of the Supreme Court (Feldstein,
J.), entered November 9, 2015 in Franklin County, which, among
other things, in a proceeding pursuant to CPLR article 78,
granted respondent's motion to dismiss the petition.

        Judgment affirmed.  No opinion.

        Lahtinen, J.P., McCarthy, Lynch, Devine and Clark, JJ.,
concur.

ORDERED that the judgment is affirmed, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court